FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HOLLIS MARION WOODWARD,<br><br>Defendant. | No. 1:19-CR-02026-SAB-1<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE<br><br>**ECF No. 32** |

Before the Court is Defendant's Motion to Modify Conditions of Pretrial Release (ECF No. 32). Neither the United States, nor the United States Probation/Pretrial Services Office oppose the motion. On July 10, 2019, the Court denied the United States' Motion for Detention and set Defendant's conditions of release (ECF No. 20, 21). On August 6, 2019, after hearing additional proffers and arguments of counsel, the Court granted in part Defendant's Motion to Modify Conditions of Release (ECF Nos. 23, 27), and replaced Special Condition of Release Number 11.

ORDER - 1

Defendant now specifically requests that three additional modifications be made to his current conditions of pretrial release: (1) removal of Special Condition No. 8 (location monitoring); (2) removal of Special Condition No. 9 (home detention); and (3) removal of Special Condition No. 11 (restriction on travel) (ECF No. 32).  For the reasons set forth in the motion, and considering the lack of objection from the United States and the United States Probation/Pretrial Services Office;

IT IS HEREBY ORDERED:

1. The Motion to Modify Conditions of Pretrial Release (**ECF No. 32**) is **GRANTED**.
2. Defendant's previously imposed conditions of release (**ECF Nos. 23, 27**) shall be **MODIFIED** as follows:
    a. Special Condition No. 8 shall be **STRICKEN**.
    b. Special Condition No. 9 shall be **STRICKEN**.
    c. Special Condition No. 11 shall be **STRICKEN**.
3. If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances under 18 U.S.C. § 3142(f), that party shall file a motion with the court, served upon the United States Attorney, stating what circumstances are new, how they are established, and the requested change in conditions of release.

4. If a party seeks review of this Order by another court pursuant to 18 U.S.C. § 3145(b), counsel shall adhere to the Detention Order Review Protocol found in LCrR 46(k).

DATED September 20, 2019.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
