# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 05, 2019

SEAN F. McAVOY, CLERK

U.S.A. vs.     Woodward, Hollis Marion     Docket No.     0980 1:19CR02026-SAB-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hollis Marion Woodward, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 10th day of July 2019, under the following conditions:

Condition #9: Defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Hollis Marion Woodward is alleged to have consumed a controlled substance, methamphetamine on or about September 30 and October 8, 2019.

Conditions of pretrial release were reviewed with Mr. Woodward on July 11, 2019, by United States Probation Officer (USPO) Jose Zepeda. He acknowledged an understanding of his conditions which included condition number 9.

On September 30, 2019, the defendant reported to the United States Probation Office and met with the below said officer. A random urine sample was collected, which site tested presumptive positive for methamphetamine. The defendant denied drug use, so the below said officer sealed the urine sample in front of the defendant and mailed the sample to Alere laboratory for confirmation. Results were received on October 4, 2019, confirming a positive reading for methamphetamine.

On October 8, 2019, the below said officer conducted a home visit at the defendant's listed address. A random urine sample was collected, which site tested presumptive positive for methamphetamine. The defendant denied drug use, so the below said officer sealed the sample in front of the defendant and mailed the sample to Alere laboratory for confirmation. Results were received on October 14, 2019, confirming a positive reading for methamphetamine.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: November 5, 2019 |
| by | s/Linda J. Leavitt |
|   | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

PS-8
Re: Woodward,, Hollis Marion
November 5, 2019
Page 2

THE COURT ORDERS

[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this
     petition with the other violations pending before the
     Court.
[ ]  Defendant to appear before the Judge assigned to the case
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*M. K. Dinkle*

Signature of Judicial Officer

11/5/2019

Date