# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 10, 2019**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Woodward, Hollis Marion | Docket No. | 0980 1:19CR02026-SAB-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Hollis Marion Woodward, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Yakima, Washington, on the 10th day of July 2019, under the following conditions:

Special Condition #5: Defendant shall abstain totally from the use of alcohol. No alcohol may be present at the release address.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation #1: Hollis Marion Woodward is alleged to have consumed alcohol on or about November 4, 2019.

Conditions of pretrial release were reviewed with Mr. Woodward on July 11, 2019, by United States Probation Officer (USPO) Jose Zepeda. He acknowledged an understanding of his conditions which included special condition number 5.

On December 9, 2019, the below said officer received substance abuse testing results from Cordant Laboratory via email from Yakama Nation's chemical dependancy program confirming a positive reading for ethyl glucuronide (alcohol). The defendant submitted a random urine sample as part of his treatment program on November 5, 2019. A hand-written note at the bottom of the page states: "shot in coffee for knee/hip pain 11/4/19."

This officer made contact with Mr. Woodward this same date and asked him about the above. Mr. Woodward admitted he consumed "two shots of whisky" on November 4, 2019, for pain. Mr. Woodward was verbally admonished and agreed to discontinue alcohol use.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|---|---|
|  | Executed on: December 10, 2019 |
| by | s/Linda J. Leavitt |
|  | Linda J. Leavitt<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

12/10/2019

Date