PROB 12C
(6/16)

Report Date: February 3, 2021

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 03, 2021**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hollis Marion Woodward | Case Number: 0980 1:19CR02026-SAB-1 |
| Address of Offender:                                Harrah, Washington 98933 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: August 5, 2020 | |
| Original Offense:       Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2) | |
| Original Sentence:      Probation - 36 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney:    Thomas J. Hanlon | Date Supervision Commenced: August 5, 2020 |
| Defense Attorney:        Federal Defenders | Date Supervision Expires: August 4, 2023 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 01/13/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

4    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of supervised release by being charged with driving under the influence on January 31, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes mandatory condition number 1, as noted above.

According to the Yakama Nations Police Department (YNPD) narrative for report number 21-000676, the following occurred on January 31, 2021: As officers responded to a separate call, a vehicle was observed, which appeared to have crashed and was high centered. As officers approached, they noticed the vehicle remained in gear, with the engine revving at a high level and the wheels spinning in the air.

YNPD officers made contact with an individual who identified himself as the passenger and advised they had just crashed. The passenger also reported the driver, later identified as Mr. Woodward, remained in the vehicle. A YNPD officer opened the passenger door, noticing Mr. Woodward slumped down in the driver's seat. The officer turned the vehicle off and

attempted to wake the offender. The officer yelled several times, but Mr. Woodward was unresponsive. While observing Mr. Woodward, the officer noticed his breathing was shallow and he was gasping for air, which resembled someone experiencing a drug overdose.

Firefighters and paramedics were summoned to the location. As firefighters arrived, Narcan was administered to wake Mr. Woodward. After several minutes, the Narcan appeared to have no effect. Paramedics decided to remove the offender from the driver's seat, but as Mr. Woodward was being pulled out, he began to regain consciousness.

After a few more minutes, with the assistance of firefighters, Mr. Woodward exited the vehicle. Paramedics began evaluating the offender for injuries and asked if he had taken anything or was under the influence, which Mr. Woodward replied "yes." The offender detailed how he had consumed oxycodone (Vicodin) just prior to driving. Officers advised Mr. Woodward he would be charged with driving under the influence and was released to the hospital for continued medical observation to address his overdose. It should be noted, Mr. Woodward remains out of custody at this time.

5         **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of supervised release by failing to attend drug and alcohol treatment as directed on January 29, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 2, as noted above.

On November 23, 2020, the undersigned officer instructed Mr. Woodward to complete an updated drug and alcohol evaluation with Merit Resource Services (Merit), which he did. The offender was recommended level 2.1 intensive outpatient drug and alcohol treatment.

On December 23, 2020, the offender reported being admitted to Harborview Medical Center (Harborview) for burns to his hands and face, following an explosion at his property.

On January 22, 2021, after being released from Harborview, Mr. Woodward advised this officer he was cleared to return to drug and alcohol treatment. The undersigned directed the offender to immediately make contact with Merit for drug and alcohol treatment, which he failed to do.

On January 29, 2021, an incident report from Merit advised Mr. Woodward's file had been closed after the offender failed to make contact with his drug and alcohol program. The Merit counselor reports making several attempts to contact Mr. Woodward, with no response from the offender.

Prob12C
**Re: Woodward, Hollis Marion**
**February 3, 2021**
**Page 3**

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   February 3, 2021

s/Nick Bazan

Nick Bazan
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Stanley A. Bastian*
Signature of Judicial Officer

2/3/2021
Date