PROB 12C
(6/16)

Report Date: June 3, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollis Marion Woodward          Case Number: 0980 1:19CR02026-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

Original Offense:          Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2)

Original Sentence:        Probation - 36 Months          Type of Supervision: Probation

Asst. U.S. Attorney:      Matthew Alan Stone          Date Supervision Commenced: August 5, 2020

Defense Attorney:         Craig Donald Webster          Date Supervision Expires: August 4, 2023

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 13, and February 3, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of probation by consuming controlled substance methamphetamine on or about April 8, 27, and May 13, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On September 3, 2020, Mr. Woodward was placed on Merit Resource Services' (Merit) random color line testing program.  He submits two random urine samples per month. On the above noted dates, Mr. Woodward submitted to random urine samples at Merit; all samples tested presumptive positive for methamphetamine. The samples were sealed in front of the defendant and sent to Abbott Laboratory for confirmation. Mr. Woodward provided the below said officer and Merit staff with a list and pictures of the medications he is

Prob12C
**Re: Woodward, Hollis Marion**
**June 3, 2021**
**Page 2**

currently taking. Reports were received on all the above-noted urine samples from Abbott Laboratory confirming a positive reading for methamphetamine at 100%. The below said officer confronted Mr. Woodward about the three confirmed positive results. Mr. Woodward denied consuming methamphetamine and advised his medication was causing the positive results.

On May 25, 2021, the below said officer contacted, via email, Abbott Laboratory and requested a review of the urine samples dated April 8, 27, and May 13, 2021, to verify if the medications Mr. Woodward provided were in fact, causing the positive results.

On June 1, 2021, this officer made contact with the Director of Toxicology for Abbott Laboratories (via email), who provided a letter advising the medication Mr. Woodward provided "would not result in the detection of D-methamphetamine or it's metabolite amphetamine."

7          <u>**Special Condition #3**</u>:You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Mr. Woodward is alleged to have violated his conditions of probation by consuming controlled substance, marijuana on or about May 13, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On September 3, 2020, Mr. Woodward was placed on Merit Resource Services' (Merit) random color line testing program.  He submits two random urine samples per month. On May 13, 2021, Mr. Woodward submitted a random urine sample at Merit, which tested presumptive positive for marijuana. The sample was sent to Abbott Laboratory for confirmation. Results were received from Abbott Laboratory on May 21, 2021, confirming a positive reading for marijuana. Mr. Woodward denies consuming marijuana.

8          <u>**Special Condition #3:**</u> You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

<u>**Supporting Evidence**</u>: Mr. Woodward is alleged to have violated his conditions of probation by consuming controlled substance methamphetamine on or about May 30, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On September 3, 2020, Mr. Woodward was placed on Merit Resource Services' (Merit) random color line testing program.  He submits two random urine samples per month. On May 30, 2021, Mr. Woodward submitted a random urine sample at Merit, which tested presumptive positive for methamphetamine. The sample was sent to Abbott Laboratory for

Prob12C
**Re: Woodward, Hollis Marion**
**June 3, 2021**
**Page 3**

confirmation. Results were received from Abbott Laboratory on June 3, 2021, confirming a positive reading for methamphetamine. Mr. Woodward denies consuming methamphetamine and continues to state it is due to his medication.

As noted above, On June 1, 2021, this officer made contact with the Director of Toxicology for Abbott Laboratories (via email), who provided a letter advising the medication Mr. Woodward provided "would not result in the detection of D-methamphetamine or it's metabolite amphetamine."

9        **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Supporting Evidence: Mr. Woodward is alleged to have violated his conditions of probation by consuming controlled substance methamphetamine on or about June 3, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On June 3, 2021, this officer was contacted by Merit's urinalysis technician (UA Tech) advising Mr. Woodward submitted to a random urine sample and it tested presumptive positive for methamphetamine. Per the UA Tech, the sample would be sent to Abbott Laboratories for confirmation. As of the submission of this report, results from this urine sample are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 3, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

**Prob12C**
**Re: Woodward, Hollis Marion**
**June 3, 2021**
**Page 4**

THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

                    6/4/2021
_____
Date