PROB 12C
(6/16)

Report Date: July 20, 2021

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 22, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollis Marion Woodward          Case Number: 0980 1:19CR02026-SAB-1

Address of Offender:                         Harrah, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2) | |
| Original Sentence: | Probation - 36 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: August 5, 2020 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: August 4, 2023 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on January 13, February 3, and June 4, 2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number          Nature of Noncompliance

10          **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of probation by consuming controlled substance methamphetamine on or about July 6, 2021.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On July 6, 2021, Mr. Woodward reported to the probation office as directed to meet with this officer after completing inpatient treatment at James Oldham Treatment Center (JOTC) on July 3, 2021. A random urine sample was collected which tested presumptive positive for methamphetamine. This officer reviewed Mr. Woodward's current list of medications with him and had him initial on the Abbott urine collection form next to the medications he is taking.

**Prob12C**
**Re: Woodward, Hollis Marion**
**July 20, 2021**
**Page 2**

On July 19, 2021, results were received from the above-noted urine sample confirming a positive reading for methamphetamine. Per the Abbott toxicology report, the positive result is not consistent with Mr. Woodward's listed medications.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  _July 20, 2021_

_s/Linda J. Leavitt_

Linda J. Leavitt
U.S. Probation Officer

═══════════════════════════════════════════

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

_Signature of Judicial Officer_

_7/22/2021_

Date