PROB 12C
(6/16)

Report Date: August 3, 2021

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 03, 2021

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Hollis Marion Woodward | Case Number: 0980 1:19CR02026-SAB-1 |
| Address of Offender: | Harrah, Washington 98933 |

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2) | |
| Original Sentence: | Probation - 36 Months | Type of Supervision: Probation |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: August 5, 2020 |
| Defense Attorney: | Craig Donald Webster | Date Supervision Expires: August 4, 2023 |

### PETITIONING THE COURT

**To issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on January 13, February 3, June 3, and July 20, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of probation by consuming a controlled substance methamphetamine on or before July 26, 2021. |
| | Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above. |
| | On July 26, 2021, Mr. Woodward reported to the probation office as directed. A random urine sample was collected which tested presumptive positive for methamphetamine. Supervisory United States Probation Officer Zepeda reviewed Mr. Woodward's current list of medications. Mr. Woodward advised he was only taking over the counter Tylenol. The specimen was sent to Alere Laboratory for further analysis.<br>On August 3, 2021, results were received from the specimen collected on July 26, 2021, confirming a positive reading for the presence methamphetamine. Mr. Woodward denies consuming controlled substances. |

Prob12C
Re: Woodward, Hollis Marion
August 3, 2021
Page 2

| | |
|---|---|
| 12 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of probation by failing to report for a random urine testing at Merit Resource Services (Merit) on July 30, 2021, as directed.

Following COVID-19 procedures, Mr. Woodward's conditions were verbally reviewed with him on August 6, 2020. He verbally acknowledged an understanding of his conditions, which includes special condition number 3, as noted above.

On May 1, 2021, Mr. Woodward was placed on the Merit color line urine testing program. Mr. Woodward is to submit to random urine tests three times per month while on this program.

On July 30, 2021, this officer received a status report via email from Merit advising Mr. Woodward failed to show for random drug testing on July 29, 2021. This officer made telephone contact with Mr. Woodward and directed him to go to Merit the same day (July 30) to submit to a drug test.

On August 2, 2021, this officer followed up with Merit to see if Mr. Woodward reported on July 30, 2021, as directed. Per Merit, Mr. Woodward failed to report for drug testing as directed.

On August 2, 2021, Mr. Woodward reported to the probation office. This officer confronted Mr. Woodward regarding not showing for his random drug test at Merit on July 29 and 30, 2021. Mr. Woodward stated he did not have transportation. A random drug test was collected while Mr. Woodward was at the probation office. The sample tested presumptive positive for methamphetamine. Mr. Woodward's medications were listed on the chain of custody form to accompany the urine sample for testing. This officer had him initial the form and the sample was sent to Alere Laboratory for confirmation. As of the submission of this report, lab results are pending.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court and issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 3, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Woodward, Hollis Marion**
**August 3, 2021**
Page 3

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [x] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [x] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [x] Other  - Defendant shall appear on 8/10/2021 at 11:30 am.

*Stanley A. Bastian*

Signature of Judicial Officer

8/3/2021

Date