PROB 12C
(6/16)

Report Date: October 29, 2021

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 29, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollis Marion Woodward         Case Number: 0980 1:19CR02026-SAB-1

Address of Offender:         Harrah, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

Original Offense:         Felon in Possession of a Firearm, 18 U.S.C. §§ 922 (g)(1) and 924 (a)(2)

Original Sentence         Probation - 36 Months         Type of Supervision: Supervised Release

Probation Revocation Sentence         Prison - Time served
August 10, 2021         (23 days)
                        TSR - 36 Months

Asst. U.S. Attorney:         Matthew Alan Stone         Date Supervision Commenced: August 10, 2021

Defense Attorney:         Craig Donald Webster         Date Supervision Expires: August 9, 2024

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number         Nature of Noncompliance

1         **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the Court. You must contribute to the cost of treatment according to your ability to pay. You must allow reciprocal disclosure between the supervising officer and treatment provider.

          **Supporting Evidence:** Mr. Woodward is alleged to have violated his conditions of supervised release by failing to attend his aftercare appointment with Merit Resource Services (Merit) on October 8, 2021, as scheduled by American Behavioral Health Services.

          On October 1, 2021, supervised release conditions were reviewed and signed by Mr. Woodward acknowledging his understanding of special condition number 2, as noted above.

          Mr. Woodward's probation was revoked by the Court on August 10, 2021. Mr. Woodward was ordered to enter into long term inpatient treatment at American Behavioral Health Services (ABHS) in Spokane, Washington, on August 16, 2021, to which he complied. He

Prob12C
**Re: Woodward, Hollis Marion**
**October 29, 2021**
**Page 2**

    completed inpatient treatment on September 30, 2021, and returned to his residence in Harrah, Washington. Prior to leaving ABHS, his treatment counselor scheduled an aftercare appointment for him with Merit in Toppenish, Washington, for October 8, 2021.

    On October 8, 2021, this officer received a voice message from Merit advising Mr. Woodward had failed to show or contact their office for his scheduled appointment.

2    **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Mr. Woodward is alleged to have violated his conditions of supervised release by consuming a controlled substance, methamphetamine, on or before October 19, 2021.

    On October 1, 2021, supervised release conditions were reviewed and signed by Mr. Woodward acknowledging his understanding of special condition number 3, as noted above.

    On October 19, 2021, this officer, along with another U.S. probation officer, conducted a random home visit at Mr. Woodward's listed address. A random urine sample was collected which tested presumptive positive for methamphetamine. The sample was sealed in front of Mr. Woodward and sent to Alere Laboratory for confirmation. Results from this sample were received from Alere Laboratory on October 29, 2021, confirming a positive reading for methamphetamine.

3    **Standard Condition #13**: You must follow the instructions of the probation officer related to the conditions of supervision.

    **Supporting Evidence:** Mr. Woodward is alleged to have violated his conditions of supervised release by failing to report to the probation office as directed for drug testing on October 25, 2021.

    On October 1, 2021, supervised release conditions were reviewed and signed by Mr. Woodward acknowledging his understanding of standard condition number 13, as noted above.

    On October 25, 2021, at 10:27 a.m. this officer made telephone contact with Mr. Woodward and directed him to report to the probation office by 3 p.m., to submit to random drug testing. Mr. Woodward failed to report as directed. On October 26, 2021, this officer made telephone contact with Mr. Woodward to inquire why he failed to report. His wife answered the telephone and stated he was "out cutting wood." I then spoke with Mr. Woodward and he stated he could not get his vehicle started.

4    **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Woodward, Hollis Marion**
**October 29, 2021**
Page 3

**Supporting Evidence:** Mr. Woodward is alleged to have violated his conditions of supervised release by a consuming controlled substance, methamphetamine, on or before October 26, 2021.

On October 1, 2021, supervised release conditions were reviewed and signed by Mr. Woodward acknowledging his understanding of special condition number 3, as noted above.

On October 26, 2021, this officer made telephone contact with Mr. Woodward and directed him to report to Merit in Toppenish for a random drug test by the close of business. Mr. Woodward reported to Merit as directed. This officer was contacted by Merit staff via telephone and was advised the sample Mr. Woodward submitted tested presumptive positive for methamphetamine. Mr. Woodward denies any drug use. Results from the laboratory are pending as of the submission of this report.

5        **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

On October 1, 2021, supervised release conditions were reviewed and signed by Mr. Woodward acknowledging his understanding of special condition number 3, as noted above.

On October 1, 2021, Mr. Woodward was placed on Merit's random color line drug testing program. He is subject to three random drug tests per month. On October 28, 2021, Mr. Woodward's color was called. This officer was notified via email on October 29, 2021, that Mr. Woodward failed to call or show for his random drug test as required on October 28, 2021.

The U.S. Probation Office respectfully recommends the Court issue a summons directing the above individual to appear before the Court and answer to the alleged violations as noted above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 29, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
Re: Woodward, Hollis Marion
October 29, 2021
Page 4

THE Court ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

10/29/2021
Date