PROB 12C
(6/16)

Report Date: November 18, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollis Marion Woodward      Case Number: 0980 1:19CR02026-SAB-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm , 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Supervised Release |
| Probation Revocation Sentence: August 10, 2021 | Prison - Time served (23 days) TSR - 36 Months | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: August 10, 2021 |
| Defense Attorney: | Federal Defender | Date Supervision Expires: August 9, 2024 |

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on October 29, and November 10, 2021.

The probation officer believes that the offender has violated the following condition of supervision:

Violation Number | Nature of Noncompliance

9 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Woodward is alleged being in violation of his supervised released conditions by failing to report to Merit Resource Services (Merit) for random drug testing on November 12, 2021.

On October 1, 2021, supervised release conditions were reviewed and signed by Mr. Woodward acknowledging his understanding of special condition number 3, as noted above.

On November 10, 2021, Mr. Woodward's color was called for the Merit random drug testing color line program. Mr. Woodward is subject to three random drug tests per month. Mr. Woodward failed to show or make contact with Merit for his drug test on November 10,

Prob12C
**Re: Woodward, Hollis Marion**
**November 18, 2021**
Page 2

2021. On November 12, 2021, this officer made telephone contact with Mr. Woodward and directed him to go to Merit to submit a make-up drug test before the close of business for the one he missed on November 10, 2021. Mr. Woodward confirmed he would submit as directed. On Monday, November 15, 2021, this officer was notified via email, by Merit staff, that Mr. Woodward failed to show or contact their office for drug testing as directed on November 12, 2021.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    November 18, 2021

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

11/19/2021
Date