PROB 12C
(6/16)

Report Date: June 1, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 01, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hollis Marion Woodward | Case Number: 0980 1:19CR02026-SAB-1 |
| Address of Offender: ▮▮▮▮▮ Harrah, Washington 98933 | |
| Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: August 5, 2020 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) |
| Original Sentence: | Probation - 36 months | Type of Supervision: Supervised Release |
| Probation Revocation (8/10/20021): | Prison - Time Served (23 days)<br>TSR - 36 months | |
| Supervised Release Revocation (12/8/2021): | Prison - 6 months<br>TSR - 30 months | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: April 29, 2022 |
| Defense Attorney: | Craig Webster | Date Supervision Expires: October 28, 2024 |

## PETITIONING THE COURT

To issue a summons.

On May 3, 2022, supervised release conditions were reviewed in person with Mr. Woodward. Mr. Woodward verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being charged with hit and run - attended, and third degree driving without a valid drivers license, Yakama Nation case number YTC-CA-2022-0233, on May 21, 2022.<br><br>On May 23, 2022, this officer was notified Mr. Woodward was cited by Yakama Nation Tribal police for hit and run- attended and driving without a valid drivers license. According to the criminal traffic ticket, Mr. Woodward admitted to operating a vehicle, causing an accident and fleeing the scene. Mr. Woodward was also cited for driving on a suspending license. |

Prob12C
**Re: Woodward, Hollis Marion**
**June 1, 2022**
**Page 2**

On May 23, 2022, this officer made telephone contact with Mr. Woodward. He admitted he was driving and caused an accident. He stated there was "little to no damage" to the other vehicle. He stated the victim, instead of calling police, called "some of his friends" asking them to come to the scene and "fight" Mr. Woodward. He stated he left due to that reason.

2   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Woodward is alleged to be in violation of his supervised release conditions by consuming methamphetamine on or about May 24, 2022.

On May 24, 2022, Mr. Woodward reported to the probation office and submitted to a random drug test, which tested presumptive positive for methamphetamine. The sample was sealed in front of Mr. Woodward and sent to Alere Toxicology Services for confirmation. Results were received on May 26, 2022, confirming a positive reading for methamphetamine. Mr. Woodward denies drug use.

3   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by failing to report for random drug testing at Merit Resource Services (Merit) on May 26, 2022.

On May 3, 2022, Mr. Woodward was placed on Merit random colorline testing program. Mr. Woodward is to be testing randomly three times per month. On May 26, 2022, this officer observed that his color (Brown) had been called and sent Mr. Woodward a text message reminding him to go to Merit to submit to his random drug test. Mr. Woodward responded at 3:43 p.m. "Ok." On May 27, 2022, this officer was notified by Merit that Mr. Woodward failed to show for his drug test on May 26, 2022. On May 27, 2022, this officer made telephone contact with Mr. Woodward to inquire why he missed his drug test. Mr. Woodward stated "I worked all day on my truck and my ride didn't get back in time."

4   **Special Condition #3:** You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by consuming methamphetamine on or about June 1, 2022.

At 8 a.m. on June 1, 2022, this officer made telephone contact with Mr. Woodward and directed him to submit a random drug test at Merit by 1 p.m. This officer was contacted by Merit at approximately 1:41 p.m. advising Mr. Woodward submitted a presumptive positive drug test for methamphetamine. Per Merit, the sample was sent to Alere Toxicology Services for confirmation. As of the submission of this report, results are pending.

Prob12C
Re: Woodward, Hollis Marion
June 1, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 1, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

6/1/2022

Date