PROB 12C
(6/16)

Report Date: June 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 09, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Hollis Marion Woodward | Case Number: 0980 1:19CR02026-SAB-1 |
| Address of Offender: ▮▮▮▮▮▮▮  Harrah, Washington 98933 | |
| Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge | |
| Date of Original Sentence: August 5, 2020 | |
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) |
| Original Sentence: | Probation - 36 months |
| | Type of Supervision: Supervised Release |
| Probation Revocation (8/10/20021): | Prison - Time Served (23 days)  TSR - 36 months |
| Supervised Release Revocation (12/8/2021): | Prison - 6 months  TSR - 30 months |
| Asst. U.S. Attorney: | Matthew Alan Stone |
| | Date Supervision Commenced: April 29, 2022 |
| Defense Attorney: | Federal Public Defender |
| | Date Supervision Expires: October 28, 2024 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 1 and 8, 2022.

On May 3, 2022, supervised release conditions were reviewed in person with Mr. Woodward. Mr. Woodward verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: Mr. Woodward is alleged to be in violation of his supervised release conditions by failing to attend his initial substance abuse treatment group at Merit Resource Services (Merit) on June 7, 2022. |

Prob12C
Re: Woodward, Hollis Marion
June 9, 2022
Page 2

On May 18, 2022, Mr. Woodward secured a substance abuse assessment at Merit in Toppenish, Washington. He was recommended for Level 2.0, intensive outpatient treatment (IOP), 3 days per week, to begin June 7, 2022. On June 8, 2022, this officer received an email from Merit advising he was a "no show/no call" for his initial group on June 7, 2022. As of the submission of this report, Mr. Woodward has failed to make contact with this officer and Merit.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 9, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Stanley A. Bastian* (signature)

Signature of Judicial Officer

Stanley A. Bastian,
Chief U.S. District Judge

6/9/2022
Date