PROB 12C
(6/16)

Report Date: April 18, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollis Marion Woodward    Case Number: 0980 1:19CR02026-SAB-1

Address of Offender: ███████████ Harrah, Washington 98933

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Supervised Release |
| Probation Revocation (8/10/20021): | Prison - Time Served (23 days) TSR - 36 months | |
| Supervised Release Revocation (12/8/2021): | Prison - 6 months TSR - 30 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: April 29, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 28, 2024 |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on June 1 (ECF 166), June  8 (ECF 168), and June 9 (ECF 169), 2022.

A warrant was issued by the Court on June 9, 2022. Mr. Woodward was arrested on the warrant April 17, 2023.

On May 3, 2022, supervised release conditions were reviewed in person with Mr. Woodward. Mr. Woodward verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Driving While License Suspended, in violation of Revised Yakama Code (RYC) 50.03.03, on or about April 17, 2023. |

Prob12C
**Re: Woodward, Hollis Marion**
**April 18, 2023**
**Page 2**

On April 18, 2023, this officer was contacted via telephone by the Federal Bureau of Investigation (FBI) advising Mr. Woodward and another active federal offender on warrant status were arrested by Yakama Nation Tribal police on the evening of April 17, 2023.

On April 18, 2023, this officer reviewed the Yakama Nation Tribal police report. According to the report, on April 17, 2023, tribal officers were patrolling the 10200 block of Progressive Road in White Swan, Washington, when they observed a vehicle stopped on the roadway.

According to the report, the vehicle was a white Honda Accord bearing temporary tag E9 0850204. The Honda was facing west on Progressive road and it was blocking the roadway. Officers activated their emergency lights and contacted the driver. Per the report, the officer noted that the temporary tag on the vehicle was hand written. The officer recognized Mr. Woodward and was aware he had an outstanding federal warrant. In the passenger seat was another federal offender who also had a federal warrant. The officer asked Mr. Woodward for his license and registration, whereas Mr. Woodward admitted he was not licensed and did not have the registration to the vehicle. According to the report, Mr. Woodward explained he was having problems with the alternator and it was not running. Mr. Woodward advised he would contact someone to come and pick him up.

As the officer returned to his vehicle to check the status on the vehicle, he observed movement inside the vehicle. The report reflects at that time, Mr. Woodward and the passenger got out of the vehicle and began to move it to the side of the road. One of the officers directed Mr. Woodward and the passenger to get back inside the vehicle, which they did. However, Mr. Woodward again exited the vehicle and began to walk away. When instructed to get back into the vehicle, Mr. Woodward began running northbound through a field. Officers began to pursue Mr. Woodward and ultimately detained him. When the officer provided dispatch with the Vehicle Identification Number (VIN), dispatch advised that the vehicle was stolen out of Yakima, Washington.

During a search of Mr. Woodward's person, a zip lock bag containing several (51) blue pills labeled "M" on one side and "30" on the other side were found. The pills were labeled as being oxycodone-Percocet. According to the report, the officer suspected the pills were counterfeit fentanyl pills (Perc 30's).

According to the report, during the booking process at the Yakama Nation Correctional Facility, one of the sergeants located a clear "baggie" containing a white crystal like substance. The substance was located in a pocket of Mr. Woodward's shirt. Corrections staff suspected the substance to be methamphetamine. The "baggie" was taken to the Yakama Nation Police Department where it was processed into evidence. Per the report, the crystal like substance in Mr. Woodward's possession weighed approximately 5.4 grams. The substance was tested using the Narcotics Field Identification Kit (NIK) Test, and returned presumptive positive for the presence of methamphetamine.

9          **Mandatory Condition #1:** You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Marijuana

Prob12C
**Re: Woodward, Hollis Marion**
**April 18, 2023**
**Page 3**

and Controlled Substance- Possession of Methamphetamine, in violation RYC 10.01.109, on or about April 17, 2023.

Refer to incident report noted in violation number 8.

10      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Marijuana & Controlled Substance -Possession of Counterfeit Oxycodone Pills Without a Prescription, in violation of RYC 10.01.109, on or about April 17, 2023.

Refer to incident report noted in violation number 8.

11      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Eluding, in violation of RYC 50.21.01, on or about April 17, 2023.

Refer to incident report noted in violation number 8.

12      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Obstruction of Justice, in violation of RYC 10.01.115, on or about April 17, 2023.

Refer to incident report noted in violation number 8.

13      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Theft, in violation of RYC 10.01.149, on or about April 17, 2023.

Refer to incident report noted in violation number 8.

14      **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence:** Mr. Woodward is alleged to be in violation of his supervised release conditions by being arrested by Yakama Nation Tribal Police and charged with Unauthorized Use of Property (vehicle), in violation of RYC 10.01.155, on or about April 17, 2023.

Refer to incident report noted in violation number 8.

The U.S. Probation Office respectfully recommends the Court  incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Woodward, Hollis Marion**
**April 18, 2023**
**Page 4**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     April 18, 2023
_____

                 s/Linda J. Leavitt
                 _____

                 Linda J. Leavitt
                 U.S. Probation Officer

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

                 _____
                 Signature of Judicial Officer

                 Stanley A. Bastian,
                 Chief U.S. District Judge

                 4/19/2023
                 _____
                 Date