PROB 12C
(6/16)

Report Date: June 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 08, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Hollis Marion Woodward    Case Number: 0980 1:19CR02026-SAB-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓, Harrah, Washington 98933

Name of Sentencing Judicial Officer: The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: August 5, 2020

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924 (a)(2) | |
| Original Sentence: | Probation - 36 months | Type of Supervision: Supervised Release |
| Probation Revocation (8/10/20021): | Prison - Time Served (23 days) TSR - 36 months | |
| Supervised Release Revocation (12/8/2021): | Prison - 6 months TSR - 30 months | |
| Asst. U.S. Attorney: | Matthew Alan Stone | Date Supervision Commenced: April 29, 2022 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 28, 2024 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 1, 2022.

On May 3, 2022, supervised release conditions were reviewed in person with Mr. Woodward. Mr. Woodward verbally acknowledged an understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Woodward is alleged to be in violation of his supervised release conditions by failing to report for random drug testing at Merit Resource Services (Merit) on June 2, 2022. |

Prob12C
**Re: Woodward, Hollis Marion**
**June 8, 2022**
**Page 2**

On June 2, 2022, Mr. Woodward's color was called for the Merit random drug testing colorline program. Mr. Woodward is subject to three random drug tests per month. Mr. Woodward failed to show or make contact with Merit or this officer for his drug test on June 2, 2022.

6    **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation office as instructed.

**Supporting Evidenced:** Mr. Woodward is alleged to be in violation of his supervised release conditions by failing to report to the probation office as directed on June 7, 2022.

On June 2, 2022, this officer sent Mr. Woodward a text message directing him to report to the probation office on June 7, 2022, at 1 p.m. in order to be served with a summons for court by the United States Marshal Service. Mr. Woodward responded back to this officer advising he would report to the office as directed. Mr. Woodward failed to report and/or contact this officer on July 7, 2022. This officer and United States Probation Officer Casey attempted to call Mr. Woodward's cellular telephone several times; however, the cellular telephone was off. This officer sent Mr. Woodward a text message; however, he did not respond.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    June 8, 2022

s/Linda J. Leavitt

Linda J. Leavitt
U.S. Probation Officer

Prob12C
**Re: Woodward, Hollis Marion**
**June 8, 2022**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

Stanley A. Bastian,
Chief U.S. District Judge

6/8/2022

Date